479 A.2d 1141

Commonwealth v. Deveaux, Appellant.

Submitted April 2, 1984.   Elaine DeMasse, Assistant Public Defender, for appellant;  Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, JOHNSON and LIPEZ, JJ.

Judgment of sentence affirmed.